UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:18-cr-174-Orl-40KRS

DAVID GILBERT

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐ IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated:   July 30, 2018

                                Respectfully submitted,

                                MARIA CHAPA LOPEZ
                                United States Attorney

By:   *s/ Kara M. Wick*
       Kara M. Wick
       Assistant United States Attorney
       Florida Bar No. 0085578
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:   (407) 648-7500
       Facsimile:    (407) 648-7643
       E-mail:         Kara.Wick@usdoj.gov

U.S. v. DAVID GILBERT			Case No. 6:18-cr-174-Orl-40KRS

### CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

*s/ Kara M. Wick*
Kara M. Wick
Assistant United States Attorney
Florida Bar No. 0085578
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:	(407) 648-7500
Facsimile:	(407) 648-7643
E-mail:		Kara.Wick@usdoj.gov